UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
ANTOLIN ANDREW MARKS,               )    No. MC08-5045
                                    )
                 Plaintiff,         )
          v.                        )    ORDER
                                    )
JOHN P. TORRES, *et al.*,           )
                                    )
                 Defendants.        )
_____ )

This matter comes before the Court *sua sponte*. On March 24, 2008, the Honorable Franklin D. Burgess, United States District Court Judge, entered an order barring plaintiff from litigating in this district unless he provides a "signed affidavit, along with the proposed complaint, verifying under penalty of perjury that none of the issues raised in the proposed complaint have been litigated in the past by the [p]laintiff." Plaintiff was also barred from proceeding *in forma pauperis* unless he shows that he is in imminent danger of serious bodily injury or death.

On October 17, 2008, the United States District Court for the District of Columbia transferred an action to this District. Because this "new" action was originally filed on September 20, 2007, before the bar order was entered, it may proceed subject to the post-filing requirements imposed in Marks v. United States, C07-5679FDB. The Clerk of Court shall docket this order in MC08-5045 and open a new cause of action containing all documents

ORDER

related to plaintiff's October 17, 2008, submission.

Dated this 20th day of October, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
Chief Judge, United States District Court