UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

v.

JOHN P. TORRES *et al.*,

    Defendants.

Case No. C08-5647FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING ACTION AS FRIVOLOUS AND MALICIOUS

    The Magistrate Judge recommends that this "Suit for an Injunction: Denial of Due Process Guaranteed by the Fifth Amendment and Under the Privacy Act and the FOIA" be dismissed with prejudice as both frivolous and malicious. Plaintiff has filed an objection of which this Court finds unpersuasive and a continuation of Plaintiff's malicious and untenable claims.

    The Court, having reviewed Plaintiffs' Complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     On its face this action is frivolous as Plaintiff has no constitutional right to send out mass mailings at public expense. Plaintiff asked to mail 285 letters to Congress.

(3)     This action is also malicious as Plaintiff has repeatedly litigated the issue and maintained the same issue in multiple jurisdictions. Plaintiff's pattern of litigation is harassing and vexatious.

ORDER
Page - 1

(4) Plaintiff is cautioned that further abuses may result in further sanctions such as costs or attorneys fees.

(5) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. J. Kelley Arnold.

DATED this 27th day of February, 2009.

/s/ Franklin D. Burgess
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE