# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTOLIN ANDREW MARKS

JUDGMENT IN A CIVIL CASE

v.

JOHN P. TORRES, *et al.,*

CASE NUMBER: C08-5647FDB

      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    The Court adopts the Report and Recommendation;

    On its face this action is frivolous as Plaintiff has not constitutional right to send out mass mailings at public expense. Plaintiff asked to mail 285 letters to Congress.

    This action is also malicious as Plaintiff has repeatedly litigated the issue and maintained the same issue in multiple jurisdictions. Plaintiff's pattern of litigation is harassing and vexatious.

    Plaintiff is cautioned that further abuses may result in further sanctions such as costs or attorney's fees.

| | |
|---|---|
|    March 2, 2009    |    BRUCE RIFKIN    |
| Date | Clerk |
| | |
| |    *s/CM Gonzalez*    |
| | Deputy Clerk |